## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JIMMY FINDLEY**                                                                      **PLAINTIFF**

**V.**                            **CASE NO. 3:19-CV-245-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is

entered in favor of the Commissioner.

DATED this 23rd day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE